KAEMPFER CROWELL
Raleigh C. Thompson, No. 11296
Sihomara Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rthompson@kcnvlaw.com
Email: rlower@kcnvlaw.com

*Attorneys for Defendants Amazon, Inc.,*
*Amazon.com Services LLC, and*
*Amazon.com NV Investment Holdings LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL SARAGOSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XIAMEN 45 ZHI JU TECHNOLOGY CO., LTD., a limited company d/b/a 45minBedFrame; XIAMEN JIUKE NETWORK TECHNOLOGY CO., LTD., a limited company d/b/a 45MINST; AMAZON, INC., a domestic corporation; AMAZON.COM SERVICES, LLC, a foreign limited-liability company; AMAZON.COM NV INVESTMENT HOLDINGS LLC, a domestic limited liability company; ROE MANUFACTURER, I-V; ROE DISTRIBUTOR, I-V; ROE RETAILER, I-V; ROE WHOLESALER, I-V; ROE CONTRACTOR; ROE DESIGNER, I-V; ROE EMPLOYER; ROE COMPANY, I-V; DOE EMPLOYEE; DOE CONTRACTOR; ROE WARRANTY COMPANY, and/or ROE MAINTENANCE COMPANY; DOE SALES REPRESENTATIVE, I-V, and DOES I-X, inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:22-cv-01380-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

KAEMPFER
CROWELL

158008903.1
160825895.1

All parties that have appeared in this action, defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon.com NV Investment Holdings LLC and plaintiff April Saragosa, have agreed to a confidential settlement in the above-captioned matter. Defendants Amazon, Inc., Amazon.com Services, LLC, and Amazon.com NV Investment Holdings LLC and plaintiff April Saragosa stipulate to dismiss this action with respect to all defendants in its entirety, with prejudice. Each party will bear its own fees and costs.

| BIGHORN LAW | KAEMPFER CROWELL |
|---|---|
| *s/ Kimball Jones* | |
| Kimball Jones | Raleigh C. Thompson, No. 11296 |
| Janet L. Merrill | Sihomara Graves, No. 13239 |
| 3675 W. Cheyenne Avenue, Suite 100 | 1980 Festival Plaza Drive, Suite 650 |
| North Las Vegas, Nevada 89032 | Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff April Saragosa* | *Attorneys for Defendants Amazon, Inc., Amazon.com Services LLC, and Amazon.com NV Investment Holdings LLC* |

**ORDER**

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
**United States District Court**

DATED this 22nd day of February, 2023.

KAEMPFER
CROWELL

158008903.1
160825895.1